IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS MOORE,

     Petitioner,                   No. CIV S-07-2256 GEB DAD P

   vs.

JOHN MARSHALL, Warden, et al.,

     Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a Board of Parole Hearings' decision denying him parole. Petitioner has also paid the filing fee.

        At the time the instant action was filed, petitioner was confined in the California Men's Colony in San Luis Obispo, California, located within the jurisdictional boundaries of the Central District. He remains confined at that institution at this time. The proper venue for a habeas challenge to a state parole decision is the district of the petitioner's incarceration at the time the petition is filed.

/////

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Central District of California.
3  DATED: November 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
moor2256.108a